# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Briones, Brian P. | 2. Court or Organization<br><br>New Mexico Federal District Court | 3. Date of Report<br><br>12/31/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (part-time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| 407 N. Auburn<br>Farmington, NM 87401 |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | The K.R. Funk and Frances L. Funk Revocable Trust dated February 16, 1997, Restated October 30, 2017 |
| 2. Director and Secretary | The Four Corners Community Foundation, Inc., Farmington, NM |
| 3. Vice President, Director, Shareholder and employee | Briones Law Firm, P.A. |
| 4. Trustee | ▮▮▮▮▮▮▮ Revocable Living Trust UTA May 15, 2015 |
| 5. Registered Agent | 4 Corners Well Service, Inc.; |
| 6. Amicus Investments, LLC | Member and Manager |
| 7. Reistered Agent | 22ND STREET, L.L.C. |
| 8. Registered Agent | 2532 RIO VISTA COURT, L.L.C. |
| 9. Registered Agent | 2722 EASTRIDGE COURT, L.L.C. |
| 10. Registered Agent | 2800 East 20th Street, L.L.C. |
| 11. Registered Agent | 2800 Rio Vista Court, L.L.C. |
| 12. Registered Agent | 2810 Eastridge Court, L.L.C. |
| 13. Registered Agent | 3530 Sol Rey Court, LLC |
| 14. Registered Agent | 4004 Abbey Road, L.C.C. |
| 15. Registered Agent | 402 North Auburn, L.L.C. |
| 16. Registered Agent | 406 North Auburn, L.L.C. |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briones, Brian P.** | 12/31/2020 |

| | | |
|---|---|---|
| 17. | Registered Agent | 22nd Street, L.L.C. |
| 18. | Registered Agent | 302 Lake, L.L.C. |
| 19. | Registered Agent | 312 Lake, L.L.C. |
| 20. | Registered Agent | 711 Orchard Homes, L.L.C. |
| 21. | Registered Agent | 812 Maple, L.L.C. |
| 22. | Registered Agent | Briones Rental Properties, L.L.C. |
| 23. | Registered Agent | Masala Enterprises, L.L.C. |
| 24. | Registered Agent | Sussex Family Holdings, L.L.C. |
| 25. | Registered Agent | MLJS Holdings, L.L.C. |
| 26. | Registered Agent | Boys & Girls Club of Farmington Property Holding, L.L.C. |
| 27. | Registered Agent | Four Corners Foundation, Inc. |
| 28. | Registered Agent | K&K Holdings, L.L.C. |
| 29. | Registered Agent | NELT Investments, L.L.C. |
| 30. | Registered Agent | Sweet Cakes, L.L.C. |
| 31. | Registered Ageent | PHMF Condominium Association, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 12/31/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Briones Law Firm, P.A. | $156,000.00 |
| 2. 2019 | Amicus Investments, LLC | $13,129.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Briones Law Firm, P.A. Employed as office manager |
| 2. 2019 | NELT, LLC. One-quarter owner of an investment LLC |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 12/31/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briones, Brian P.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Traditional IRA #2 (35) | | | | | | | | | |
| 2. CWMBS Mtg Passthru 2003-44-A3 5.00% | A | Interest | J | T | | | | | |
| 3. Alphabet Inc Cl A | A | Dividend | J | T | | | | | |
| 4. Alphabet Inc Cap Stk Cl C | A | Dividend | K | T | | | | | |
| 5. Amazon.Com Inc | A | Dividend | K | T | | | | | |
| 6. Apple Inc | A | Dividend | L | T | | | | | |
| 7. AT&T Inc. | A | Dividend | J | T | | | | | |
| 8. Berkshire Hathawy Inc Cl B | | None | K | T | | | | | |
| 9. Caterpillar Inc. | A | Dividend | J | T | | | | | |
| 10. CococoPhillips | A | Dividend | J | T | | | | | |
| 11. Corenergy Infrastr Tr Inc Reit | | None | J | T | | | | | |
| 12. Diamondback Energy Inc. | | None | J | T | | | | | |
| 13. General Electric Co | A | Dividend | J | T | | | | | |
| 14. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 15. Lowes Companies Inc. | A | Dividend | K | T | | | | | |
| 16. Microstoft Corp | A | Dividend | K | T | | | | | |
| 17. Nokia Corp ADR | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Pepsico Inc. | A | Dividend | J | T | | | | | |
| 19. Phillips 66 | A | Dividend | J | T | | | | | |
| 20. Stryker Corp | A | Dividend | K | T | | | | | |
| 21. Tesla Inc | A | Dividend | J | T | | | | | |
| 22. United Service Parcel Service Inc. Cl B | A | Dividend | J | T | | | | | |
| 23. United Technologies Corp | A | Dividend | J | T | | | | | |
| 24. Walgreens Boots Alliance Inc. | A | Dividend | J | T | | | | | |
| 25. Wal-Mart Inc. | A | Dividend | J | T | | | | | |
| 26. Walt Disney Co. | A | Dividend | J | T | | | | | |
| 27. Invesco Equity and Income A | A | Dividend | J | T | | | | | |
| 28. | | | | | | | | | |
| 29. iShares Core US Aggregate Bond | A | Dividend | K | T | | | | | |
| 30. Spdr Dj Global Real Estate ETF | A | Dividend | J | T | | | | | |
| 31. Vanguard FTSE Dev Mkts ETF | A | Dividend | K | T | | | | | |
| 32. Vanguard Value ETF | A | Dividend | K | T | | | | | |
| 33. Vanguard Large Cap ETF | A | Dividend | J | T | | | | | |
| 34. Vanguard Small Value ETF | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Capital World Bond F3 | A | Dividend | J | T | | | | | |
| 36. Bridge Builder Core Plus Bond | A | Dividend | K | T | | | | | |
| 37. Bridge Builder INTL Equity | A | Dividend | K | T | | | | | |
| 38. Bridge Builder Large Growth | A | Dividend | K | T | | | | | |
| 39. Bridge Builder Large Value | A | Dividend | K | T | | | | | |
| 40. Bridge Builder Small/Mid Grw | A | Dividend | K | T | | | | | |
| 41. Bridge Builder Small/Mid Value | A | Dividend | J | T | | | | | |
| 42. Delaware Emerging Markets I | A | Dividend | J | T | | | | | |
| 43. Goldman Fs Goverment I | A | Dividend | J | T | | | | | |
| 44. Invesco Comstock A | A | Dividend | J | T | | | | | |
| 45. Invesco Equity and Income A | B | Dividend | K | T | | | | | |
| 46. Invesco Growth and Income A | A | Dividend | J | T | | | | | |
| 47. Invesco International Growth A | A | Dividend | J | T | | | | | |
| 48. Investco Op Developing Mkts R6 | A | Dividend | J | T | | | | | |
| 49. Invesco Value Opportunities A | A | Dividend | J | T | | | | | |
| 50. Trp High Yield Bond I | A | Dividend | J | T | | | | | |
| 51. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briones, Brian P.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #1 (13) (H) | | | | | | | | | |
| 53. Apple Inc | A | Dividend | J | T | | | | | |
| 54. Invesco Equity and Income A | A | Dividend | J | T | | | | | |
| 55. Invesco International Growth A | A | Dividend | J | T | | | | | |
| 56. Invesco Value Opportunities A | A | Dividend | J | T | | | | | |
| 57. | | | | | | | | | |
| 58. Traditional IRA #1 (43) (H) | | | | | | | | | |
| 59. iShares Core US Aggregate Bond | A | Dividend | K | T | | | | | |
| 60. Spdr Dj Global Real Estate ETF | A | Dividend | J | T | | | | | |
| 61. Vanguard FTSE Dev Mkts ETF | A | Dividend | K | T | | | | | |
| 62. Vanguard Value ETF | A | Dividend | K | T | | | | | |
| 63. Vanguard Large Cap ETF | A | Dividend | J | T | | | | | |
| 64. Vanguard Small Cap Value ETF | A | Dividend | J | T | | | | | |
| 65. American Capital World Bond F3 | A | Dividend | J | T | | | | | |
| 66. Bridge Builder Core Plus Bond | A | Dividend | K | T | | | | | |
| 67. Bridge Builder INTL Equity | A | Dividend | K | T | | | | | |
| 68. Bridge Builder Large Growth | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briones, Brian P.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Bridge Builder Large Value | A | Dividend | K | T | | | | | |
| 70. | Bridge Builder Smallmid Growth | A | Dividend | K | T | | | | | |
| 71. | Bridge Builder Smallmid Value | A | Dividend | K | T | | | | | |
| 72. | Delaware Emerging Markets I | A | Dividend | J | T | | | | | |
| 73. | GS FINL Square Govt Fd Instl | A | Dividend | J | T | | | | | |
| 74. | Invesco Op Developing Mkts R6 | A | Dividend | J | T | | | | | |
| 75. | Trp High Yield Bond I | A | Dividend | J | T | | | | | |
| 76. | | | | | | | | | | |
| 77. | IRA #2 (34) (H) | | | | | | | | | |
| 78. | Invesco Comstock Fund Cl A | A | Dividend | J | T | | | | | |
| 79. | Invesco Equity & Income Cl A | A | Dividend | J | T | | | | | |
| 80. | Invesco Growth & Income Fund A | A | Dividend | J | T | | | | | |
| 81. | | | | | | | | | | |
| 82. | Roth IRA #2 (82) (H) | | | | | | | | | |
| 83. | Invesco Comstock Fund Cl A | A | Dividend | J | T | | | | | |
| 84. | Invesco Equity & Income Cl A | A | Dividend | J | T | | | | | |
| 85. | | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briones, Brian P.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Brokerage #1 (62) (H) | | | | | | | | | |
| 87. Edward Jones Money Market Account | A | Interest | J | T | | | | | |
| 88. Applied Materials Inc | A | Dividend | J | T | | | | | |
| 89. Berkshire Hathaway Inc Cl B | | None | J | T | | | | | |
| 90. ConocoPhillips | A | Dividend | J | T | | | | | |
| 91. Lowes Companies Inc | A | Dividend | J | T | | | | | |
| 92. Phillips 66 | A | Dividend | J | T | | | | | |
| 93. Invesco Equity & Income Cl A | A | Dividend | K | T | | | | | |
| 94. | | | | | | | | | |
| 95. Clgcounts529 Trp Balanced A (07) | A | Dividend | J | T | | | | | |
| 96. Clgcounts529 C&S Div Val A (07) | A | Dividend | J | T | | | | | |
| 97. Clgcounts529 TRPp Balanced A (34) | A | Dividend | J | T | | | | | |
| 98. Clgcounts529 C&S Div Val A (34) | A | Dividend | J | T | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briones, Brian P.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br><br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briones, Brian P.** | 12/31/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:  s/ Brian P. Briones**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544